UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 1 6 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**SALAAM MUHAMMAD**
a/k/a WAYNE D. ASKEW

INDICTMENT

NO. 5:20CR18-TBR

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Felon in Possession of Firearm)*

On or about April 8, 2020, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **SALAAM MUHAMMAD** a/k/a WAYNE D. ASKEW, with knowledge that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about June 26, 2003, in the United States District Court for the Western District of Kentucky, Case Number 5:03-CR-07-01-R, **SALAAM MUHAMMAD** a/k/a WAYNE D. ASKEW, was convicted of the offense of Possession with Intent to Distribute 50 grams or more "Crack" Cocaine, a Schedule II Controlled Substance, a felony; and

> On or about December 18, 2000, in McCracken Circuit Court, McCracken County, Kentucky, Case Number 00-CR-126, **SALAAM MUHAMMAD** a/k/a WAYNE D. ASKEW, was convicted of the offense of First-Degree Possession of a Controlled Substance, Cocaine, First Offense, a felony.

knowingly possessed in and affecting interstate commerce a Norinco, Model BWK-92 Sporter, 5.56 X 45 caliber semiautomatic rifle, bearing serial number 307247, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e), as specifically charged in Count 1 of this Indictment, **SALAAM MUHAMMAD** a/k/a WAYNE D. ASKEW, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offense, including but not limited to the Norinco, Model BWK-92 Sporter, 5.56 X 45 caliber semiautomatic rifle, bearing serial number 307247, and ammunition.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:SAH

UNITED STATES OF AMERICA v. **SALAAM MUHAMMAD** a/k/a WAYNE D. ASKEW

## PENALTIES

Count 1:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
            (NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release with three qualifying prior convictions pursuant to 18 U.S.C. 924(e))

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

     1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

     2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

jFORM DBD-34
JUN.85

No: 5:20CR18-TBR

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Paducah

THE UNITED STATES OF AMERICA

vs.

## SALAAM MUHAMMAD
a/k/a WAYNE D. ASKEW

### INDICTMENT

**Count 1** – *Felon in Possession of a Firearm*
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**Forfeiture**

*A true bill.*

*Foreperson*

*Filed in open court this 16th day of July, 2020.*

FILED
VANESSA L. ARMSTRONG, CLERK

Bail, $

JUL 16 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY